# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
JOHN RAYMOND SMITH )  Case No: 1:12CR00133-007
)
) USM No: 10924-028
)
Date of Original Judgment: 10/21/2014 )
Date of Previous Amended Judgment: ) Pro Se
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to USSG §1B1.10, except in cases involving substantial assistance, the Court shall not reduce the term of imprisonment under 18 U.S.C. §3582(c) to a term that is less than the minimum of the amended guideline range. Mr. Smith received a variance sentence, not related to substantial assistance. Because the originally imposed sentence is already below the low end of the amended guideline range, he is not eligible for a further sentence reduction pursuant to Amendment 782.

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/17/2017

Effective Date: _____
*(if different from order date)*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Raymond Smith #10924-028
FCI Ashland
PO Box 6001
Ashland, KY 41105

Barry Glickman
UNITED STATES ATTORNEY'S OFFICE
barry.glickman@usdoj.gov